**Order filed February 28, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00992-CR

_____

**TERRY BRYAN THOMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1555078**

## ORDER

The reporter's record in this case was due **January 7, 2019**. _See_ Tex. R. App. P. 35.1. On January 8, 2019, this court ordered the court reporter to file the record by February 7, 2019. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gail Rolen**, the official court reporter, to file the record in this appeal by **April 1, 2019**. No further extensions will be granted absent exceptional

circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If Rolen does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM